Mr. Justice JONES and Mr. Justice MUSMANNO dissent.

Commonwealth *v.* Seagram Distillers Corporation, Appellant.

412

Argued October 6, 1954. Before Stern, C. J., Stearne, Jones, Chidsey, Musmanno and Arnold, JJ.

---
[1] The procedure is set forth in §§405, 1003, 1004, 1102, 1103 and 1104 of The Fiscal Code. For a discussion and review of these ap-

plicable provisions of The Fiscal Code and of the Act of 1811 as well, see *Merchants' Warehouse Company v. Gelder et al.*, 349 Pa. 1, 4 (1944), and *Lowry v. Commonwealth*, 365 Pa. 474, 478 (1950).

414

418

420

*W. S. Storey,* with him *Storey, Bailey & Rupp,* and *J. Paul Rupp* and *John B. Pearson,* for appellant.

*Horace A. Segelbaum,* Deputy Attorney General, with him *Frank F. Truscott,* Attorney General, for appellee.

OPINION PER CURIAM, November 8, 1954:

The judgment of the court below is affirmed on the opinion of Judge NEELY.

Way Estate.